[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13271
Non-Argument Calendar

_____

D.C. Docket No. 4:20-cv-10058-KMM

JONATHAN HAIM,
JESSICA HAIM,
BETTINA HAIM,

Plaintiffs - Appellants,

versus

MONROE COUNTY,
a charter county of the State of Florida,
MONROE COUNTY BOARD OF COUNTY COMMISSIONERS,
MONROE COUNTY SHERIFF'S OFFICE,
RICK RAMSAY,
in his capacity as Sheriff of Monroe County,
HEATHER CARRUTHERS,
in her capacity as Mayor of Monroe County, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 9, 2021)

Before WILSON, ROSENBAUM and HULL, Circuit Judges.

PER CURIAM:

After careful review of the record and with the benefit of the parties' briefs and their supplemental briefs, we conclude that the Appellants have shown no reversible error in the district court's order, dated August 17, 2020, granting Appellees' motions to dismiss and dismissing Counts II and III of Appellants' complaint as moot in light of the rescission of the Appellees' directives.[1]

**AFFIRMED.[2]**

---

[1] Appellants' opening brief does not address the district court's dismissal of Count I of the complaint for lack of standing, and therefore Appellants have abandoned any argument as to that issue. See Sapuppo v. Allstate Floridian Ins. Co., 739 F.3d 678, 680 (11th Cir. 2014).

[2] Because our decision disposes of all of the issues in this appeal, it has been removed from the September 24, 2021, oral argument calendar.